ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
FRANCESCO P. BENAVIDES, CSBN 258924
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8978
    Facsimile: 415-744-0134
    Email: Francesco.Benavides@ssa.gov
Attorney for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| WILLIETTA FRENCH, | ) Case No.: EDCV 12-1798-JCG |
| | ) |
| Plaintiff, | ) **[PROPOSED] ORDER AWARDING** |
| | ) **ATTORNEY FEES UNDER THE** |
| v. | ) **EQUAL ACCESS TO JUSTICE** |
| | ) **ACT, PURSUANT TO 28 U.S.C.** |
| CAROLYN W. COLVIN, | ) **§ 2412(d)** |
| Acting Commissioner of Social | ) |
| Security,[1] | ) |
| | ) |
| Defendant. | ) |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  Based upon the parties' Stipulation for the Award and Payment of Equal
2  Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall
3  be awarded attorney fees under the EAJA in the amount of THREE THOUSAND
4  NINE HUNDRED DOLLARS ($3,900.00), as authorized by 28 U.S.C. § 2412(d),
5  subject to the terms of the above-referenced Stipulation.

8  DATED: March 3, 2014

                                  HON. JAY C. GANDHI
                                  UNITED STATES MAGISTRATE JUDGE